UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X
LISA MINOR, individually and on behalf of all similarly
situated former and current women employees of the New
York City Department of Correction,

                                       **Plaintiffs,**         **NOTICE OF REMOVAL**

                    -against-

THE CITY OF NEW YORK,
                                  **Defendant.**
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**TO:   THE UNITED STATES DISTRICT COURT,**
       **SOUTHERN DISTRICT OF NEW YORK**

        Defendant, the City of New York (hereinafter "Defendant"), by and through its attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, respectfully removes to this Court the State Court Action described below:

        1.  Defendant is named in a putative class civil action commenced in the Supreme Court of the State of New York, County of New York, Index No. 165420/2025 (the "State Court Action"), setting forth the claims for relief upon which the action is based.

        2.  In the State Court Action, Plaintiffs filed a Summons and Complaint on November 25, 2025. On or about December 31, 2025, Plaintiffs served Defendant with the Summons and Complaint in this action. On December 1, 2025, pursuant to New York Civil Practice Law and Rules § 3025(a), Plaintiffs filed an Amended Summons and Complaint, which is the operative pleading in this case. Pursuant to 28 U.S.C. § 1446(a), a copy of the Amended Summons and Complaint is annexed hereto as Exhibit "A."

3.  Under 28 U.S.C. §§ 1441(a), and 1446(b), this removal is timely, as this Notice of Removal is being filed within 30 days of the service of the pleading setting forth Plaintiffs' claims on Defendant.

4.  This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court, pursuant to 28 U.S.C. § 1441(a). Plaintiffs bring this putative class action pursuant to Title VII of the Civil Rights Act of 1964, alleging that they and other female correction officers were discriminated against on the basis of gender and subjected to sexual assault and sexual harassment by inmates. See Exhibit "A."

5.  Pursuant to 28 U.S.C. § 1446(d), the undersigned shall promptly provide Plaintiff with written notice of the filing of this Notice of Removal, and shall file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

**WHEREFORE**, Defendant respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:       New York, New York
             January 30, 2026

                                    **MURIEL GOODE-TRUFANT**
                                    Corporation Counsel of the
                                      City of New York
                                    *Attorney for Defendant*
                                    100 Church Street, 2nd Floor
                                    New York, New York 10007
                                    (212) 356-1955
                                    kdunayev@law.nyc.gov

                          By:       /s/ *Katheirne A. Dunayevich*
                                    Katherine A. Dunayevich
                                    Assistant Corporation Counsel

TO:    E. Dubois Raynor, Esq.

*Attorney for Plaintiffs*
CIVIL RIGHTS CONSORTIUM
411 Theodore Fremd Avenue
Rye, New York 10580

DESHA JACKSON LAW GROUP, LLC
*Attorneys For Plaintiffs Co-Counsel*
4400 Route 9 South,
Suite 1000 Freehold,
New Jersey 07728