UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LISA MINOR,

                    Plaintiff,

       -v-

CITY OF NEW YORK,

                    Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2026

26-cv-00843 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order documents the rulings made at the initial pretrial conference on April 14, 2026.

Defendant's request for a stay of discovery pending a determination on the motion to dismiss is GRANTED on consent.   Discovery in this case is stayed pending further order of the Court.  Either party may move for relief from the stay upon a showing of good cause.

By no later than June 1, 2026, Plaintiff shall file a motion to file a second amended complaint or a response to Defendant's motion to dismiss the amended complaint.  By June 15, 2026, Defendant shall respond to the motion to amend, or, if Plaintiff does not file a  motion to file a second amended complaint, shall file a reply in further support of its motion to dismiss.

By separate order, the Court refers the parties to the Court-Annexed Mediation Program.

SO ORDERED.

Dated: April 14, 2026
      New York, New York

                             LEWIS J. LIMAN
                     United States District Judge