**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LISA MINOR, individually and on behalf of all similarly situated former and current women employees of the New York City Department of Correction,** | **NOTICE OF MOTION TO FURTHER AMEND THE COMPLAINT** |
| **Plaintiff,** | **DOCKET NO.: 25-cv-843** |
| ***-Against-*** | |
| **THE CITY OF NEW YORK,** | |
| **Defendant.** | |

PLEASE TAKE NOTICE that upon Counsel's declaration, memorandum of law, and exhibit, attaching the proposed amendment, the Plaintiff moves pursuant to Fed.R.Civ.P. 15 and 16 to further amend the Plaintiffs' complaint, moving the Court at the Courthouse located at 500 Pearl Street, as soon as the parties may be heard for said relief.

Dated: June 1, 2026
Rye, New York

Respectfully Submitted,

CIVIL RIGHTS CONSORTIUM
ATTORNEYS FOR THE PLAINTIFFS

BY: *E. Dubois Raynor, Jr.*

E. Dubois Raynor, Jr., Movant
411 Theodore Fremd Avenue
Rye, New York 10580
(855) 246-2776, Ext. 702

DESHA JACKSON LAW GROUP, LLC
ATTORNEYS FOR THE PLAINTIFFS
CO-COUNSEL
4400 Route 9 South, Suite 1000
Freehold, New Jersey 07728
(732) 409-5172

## CERTIFICATION OF SERVICE

I, E. Dubois Raynor, do hereby certify that on the 1st Day of June 2026, I duly served upon counsel for the Defendants in *Minor v. City of New York et al., Dkt. No. 26-843(LJL)*, complete and accurate copies of the Plaintiffs' Notice of Motion to further amend the Complaint, the Memorandum of Law in Support thereof, and Exhibit attached the proposed Second Amended Complaint, by serving such ECF, as follows:

Steven Banks,
Corporation Counsel for the
City of New York
ATTORNEY FOR THE DEFENDANTS
BY Katherine A. Dunayevich, A.C.C. Criminal Case Bureau Chief
*ATTORNEYS FOR THE PLAINTIFFS*
100 Church Street
New York, New York 10007
(212) 356-1955

E. Dubois Raynor, Jr.

E. Dubois Raynor, Jr., Esq.